```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
VICTOR LOPEZ and on behalf of all other      :
persons similarly situated,                  :
                                             :
                              Plaintiff,     :
                                             :
         -v-                                 :     17-cv-10024 (KBF)
                                             :
OSCAR DE LA RENTA FUR CO. LLC and            :           ORDER
OSCAR DE LA RENTA, LLC,                      :
                                             :
                              Defendants.    :
------------------------------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: April 13, 2018

KATHERINE B. FORREST, District Judge:

On Wednesday, April 11, 2018, the parties informed the Court that they have reached a settlement in principle. Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Friday, May 11, 2018**.

Any application to reopen **must** be filed by the above date; any application to reopen filed thereafter may be denied solely on that basis.

All other dates and deadlines in this matter are ADJOURNED.

The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:     New York, New York
           April 13, 2018

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge